Acusnet Company
P.O. Box 965
Fairhaven, MA 02719-0965


Adams Golf LTD
P.O. Box 678274
Dallas, TX 75267-8274


Amex
P.O. Box 297879
Ft. Lauderdale, FL 33329-7879


Bennington
2500 White Road
Irvine, CA 92614-6236


Burton Golf
654 Anchors Street
Fort Walton Beach, FL 32548


Callaway Golf
2180 Rutherford Road
Carlsbad, CA 92008-7328


Chase Bank USA, N.A.
P.O. Box 15836
Wilmington, DE 19886-5836


Cincinnati Bell
P.O. Box 741811
Cincinatti, OH 45274-1811


Cleveland Golf
P.O. Box 7270
Newport Beach, CA 92658-7270

Coco-Cola
CCBC Eastern Great Lakes
Rochester Sales Center
2329 Paysphere Circle
Chicago, ILL 60674-2329


Culley, Marks, Tanenbaum & Pezzulo
Attorneys at Law
Attn:  John E. Bonavilla, Esq.
36 West Main Street, Suite 500
Rochester, NY 14614


Daniel M. Karger
Attorney at Law
15 Court Square
Suite 230
Boston, MA 02108


David Reid Collection
Attn:  Nick Principano
733 Woodhill Drive
Macedon, NY 14502


First National Bank of Omaha
P.O. Box 3331
Omaha, NE 68103-0331


Frontier Telephone of Rochester
Attn:  Ann M. Lembaris
Bankruptcy Administrator
180 S. Clinton Avenue
Rochester, NY 14646-0300


Frontier Telephone of Rochestetr
Attn:  Ann M. Lembaris
Bankruptcy Administrator
180 S. Clinton Avenue
Rochester, NY 14646-0300


Gannett Co., Inc.
d/b/a Gannett Rochester Newspapers
55 Exchange Blvd.
Rochester, NY 14614-2001


Genesee Truck Rental
1280 Jefferson Road
Rochester, NY 14623

Greg Norman
22582 Network Place
Chicago, ILL 60673-1225


HSBC Bank (USA)
One HSBC Center
26th Floor
Buffalo, NY 14203


Joseph P. Graziano
Attorney at Law
18757 Burbank Boulevard
Suite 300
Tarzanaa, CA 91356

JPMorganChase
Attn:  Legal Department
100 Duffy Avenue, 3H2
Hicksville, NY 11801


Lacy Katzen LLP
Attorneys at Law
130 East Main Street
Rochester, NY 14604


MacGregor Golf Co.
P.O. Box 3929
1000 Pecan Grove Drive
Albany, GA 31706


MBNA
P.O. Box 15137
Wilmington, E 19886-5137


Mizuno USA, Inc.
4925 Avalon Ridge Parkway
Norcross, GA 30071


Monotronics
8628 Innovation Way
Chicago, ILL 60682-0086

National Collections Inc.
P.O. Box 551324
Dallas, TX 75355-1324


Nike Golf
P.O. Box 847648
Dallas, TX 75284-7648


Ping, Inc.
P.O. Box 52450
Phoenix, AZ 85071-2000


QWEST
Attn:  DB
9311 San Pedro Avenue
Suite 300
SanAntonio, TX 78216-4459


Receivable Management Corporation
P.O. Box 2471
Woburn, MA 01888


Receivable Management Corporation
Attention:  Timothy Noonan
400 West Cummings Park
Suite 4450
Woburn, MA 01801


Receivable Management Services
P.O. Box 20543
Lehigh Valley, PA 18002


Relin, Goldstein & Crane LLP
Attorneys at Law
28 East Main Street
Suite 1800
Rochester, NY


Relin, Goldstein & Crane LLP
Attorneys at Law
28 East Main Street
Suite 1800
Rochester, NY 14614-1918

SBC
Bill Payment Center
Saginaw, MI 48663-0003


Sun Mountain
P.O. Box7727
Missoula, MT 59807


Sunderland of Scotland, Inc.
20880 Plummer Street
Chatsworth, CA   91311


The Top-Flite Golf Co.
Box 96811
File 96811
Chicago, ILL 60693


U. S. Trustee's Office
6090 Federal Builidng
100 State Street
Rochester, NY 14614


U.S. Kids Golf
P.O. Box 934000
Atlanta, GA 31193-4000


United Parcel Service
P.O. Box 650580
Dallas, TX 75265-0580


West Asset Management
5300 Oakbrook Parkway
Building 300, Suite 300
Norcross, GA 30093


Wilson Golf
Box 21655
Network Place
Chicago, ILL 60673-1216

# UNITED STATES BANKRUPTCY COURT
## Western District of New York

In re:   **William K. Walsh**

**5227**

# VERIFICATION OF CREDITOR MATRIX

    The above named debtor(s), or debtorís attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **5** sheet(s) is complete, correct and consistent with the debtorís schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **10/13/2005**

Signed:   **s/ William K. Walsh**

          **William K. Walsh**

Signed:   **s/William J. MacDonald**

          **William J. MacDonald**

Bar No.   **xxx-xx-6932**

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Walsh, William K.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**dba The Belfry International Pro Shop** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**5227** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**70 Bright Oaks Drive<br>Rochester, NY 14624** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Monroe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)       ☐ Railroad<br>☐ Corporation      ☐ Stockbroker<br>☐ Partnership      ☐ Commodity Broker<br>☐ Other _____   ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business       ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☑ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |
|---|---|---|---|---|---|---|---|

Estimated Debts

| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |
|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **William K. Walsh** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location<br>Where Filed:　　**NONE** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor:<br>　**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X　**s/ William K. Walsh**

Signature of Debtor

X　**Not Applicable**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**10/13/2005**

Date

**Signature of Attorney**

X　**s/William J. MacDonald**

Signature of Attorney for Debtor(s)

**William J. MacDonald,　xxx-xx-6932**

Printed Name of Attorney for Debtor(s) / Bar No.

**William J. MacDonald**

Firm Name

**2526 Browncroft Boulevard　Rochester**

Address

**New York　14625**

**585-387-0220**　　　　　　　　　　　**585-387-0222**

Telephone Number

**10/13/2005**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X　**Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐　Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X　**Not Applicable**

Signature of Attorney for Debtor(s)　　　　　　　Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐　　Yes, and Exhibit C is attached and made a part of this petition.
☑　　No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X　**Not Applicable**

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A
(6/90)

**In re:** **William K. Walsh** , **Case No.** 
                   **Debtor** **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

In re **William K. Walsh** , Case No. _____

**Debtor** **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Person of Debtor** | | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HSBC Checking Account #526396083** | | **500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Sofa ($100), 2 Recliners ($100), 1 Television ($100), Tools ($150)** | | **450.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing and Shoes of Debtor** | | **400.00** |
| 7. Furs and jewelry. | | **Wedding Ring** | | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Golf Clubs** | | **250.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy with Equitable. Policy #xxxxx2680 Cash Value $3,400.00** | | **3,400.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

FORM B6B
(10/89)

In re  **William K. Walsh**                                    `  **Case No.** _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Claim against Estate of Robert T. Roth and James Coffelt, Individually and as Executor of the Estate of Robert T. Roth** | | **704,820.15** |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Chevrolet Tahoe (121,000 miles) Poor Condition** | | **5,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | | **Golf Clubs ($250), Golf Bags ($120), Computer ($150), Racks & Accessories ($150)** | | **670.00** |
| 29. Animals. | X | | | |

In re  **William K. Walsh**                                         `  **Case No.** _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_   continuation sheets attached                    Total  ➢  | **$ 715,740.15** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re**  **William K. Walsh**                                        , **Case No.** _____
                                   Debtor.                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. ß 522(b)(1)     Exemptions provided in 11 U.S.C. ß 522(d).     **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. ß 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **2000 Chevrolet Tahoe (121,000 miles) Poor Condition** | **Debt. & Cred. Law § 282** | **2,400.00** | **5,000.00** |
| **Cash on Person of Debtor** | **Debt. & Cred. Law § 283** | **200.00** | **200.00** |
| **Clothing and Shoes of Debtor** | **CPLR § 5205(a)(5)** | **400.00** | **400.00** |
| **HSBC Checking Account #526396083** | **Debt. & Cred. Law § 283** | **500.00** | **500.00** |
| **Life Insurance Policy with Equitable. Policy #xxxxx2680 Cash Value $3,400.00** | **CPLR § 5205(i)** | **3,400.00** | **3,400.00** |
| **Sofa ($100), 2 Recliners ($100), 1 Television ($100), Tools ($150)** | **CPLR § 5205(a)(5)** | **450.00** | **450.00** |
| **Wedding Ring** | **CPLR § 5205(a)(6)** | **50.00** | **50.00** |

FORM B6D
(12/03)

**In re:** **William K. Walsh** _____ , **Case No.** _____
                          Debtor                                                 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | _____ <br> **VALUE** | | | | | |

<u>0</u> Continuation sheets attached

|  |  |  |
|---|---|---|
| **Subtotal** ➢ <br> (Total of this page) | | **$0.00** |
| **Total** ➢ <br> (Use only on last page) | | **$0.00** |

(Report total also on Summary of Schedules)

In re    **William K. Walsh**                                    ,    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. ß 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ß 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ß 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. ß 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. ß 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. ß 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. ß 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. ß 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

In re    **William K. Walsh**                                              ,    Case No. _____
              Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | ➤ | **$0.00** |
| **Total** (Use only on last page of the completed Schedule E.) | ➤ | **$0.00** |

(Report total also on Summary of Schedules)

Form B6F (12/03)

**In re**    **William K. Walsh**                                     ,    Case No. _____
                              **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **xx0477**<br><br>**Acusnet Company**<br>**P.O. Box 965**<br>**Fairhaven, MA 02719-0965** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop**<br>**(Foot-Joy and Titleist)** | | | | **16,067.12** |
| ACCOUNT NO.    **xxx1279**<br><br>**Adams Golf LTD**<br>**P.O. Box 678274**<br>**Dallas, TX 75267-8274** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **9,111.80** |
| ACCOUNT NO.    **xxxxxxxxxx1000**<br><br>**Amex**<br>**P.O. Box 297879**<br>**Ft. Lauderdale, FL 33329-7879** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **15,000.00** |
| ACCOUNT NO.    **9056**<br><br>**Bennington**<br>**2500 White Road**<br>**Irvine, CA 92614-6236** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **115.80** |
| ACCOUNT NO.    **xx4089**<br><br>**Burton Golf**<br>**654 Anchors Street**<br>**Fort Walton Beach, FL 32548** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **288.36** |

_9_   Continuation sheets attached

Subtotal    ➤                **$40,583.08**

Total    ➤

Form B6F - Cont.
(12/03)

**In re**    **William K. Walsh**         ,    **Case No.** _____

                **Debtor**                                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **x3304**<br><br>**Callaway Golf**<br>**2180 Rutherford Road**<br>**Carlsbad, CA 92008-7328** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **5,825.05** |
| ACCOUNT NO. **xxxxxxxxxxxx0117**<br><br>**Chase Bank USA, N.A.**<br>**P.O. Box 15836**<br>**Wilmington, DE 19886-5836** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **7,077.90** |
| ACCOUNT NO. **xxx9393**<br><br>**Cincinnati Bell**<br>**P.O. Box 741811**<br>**Cincinatti, OH 45274-1811** | | | **2/03 - 3/05**<br><br>**Phone Service at Golf Shows** | | | | **361.23** |
| ACCOUNT NO. **x7765**<br><br>**Cleveland Golf**<br>**P.O. Box 7270**<br>**Newport Beach, CA 92658-7270** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **5,802.65** |
| ACCOUNT NO. **xxx1196**<br><br>**Coco-Cola**<br>**CCBC Eastern Great Lakes**<br>**Rochester Sales Center**<br>**2329 Paysphere Circle**<br>**Chicago, ILL 60674-2329** | | | **2004**<br><br>**Soda for Pro Shop** | | | | **1,274.30** |

Sheet no. 1 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) | **$20,341.13**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re** <u>**William K. Walsh**</u> , **Case No.** _____
**Debtor** **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Culley, Marks, Tanenbaum & Pezzulo Attorneys at Law Attn: John E. Bonavilla, Esq. 36 West Main Street, Suite 500 Rochester, NY 14614** | | | **Attorneys for Mizuno USA, Inc.** | | | | **Reference Only** |
| ACCOUNT NO.<br>**Daniel M. Karger Attorney at Law 15 Court Square Suite 230 Boston, MA 02108** | | | **Attorney for Acushnet Company** | | | | **Reference Only** |
| ACCOUNT NO.<br>**David Reid Collection Attn: Nick Principano 733 Woodhill Drive Macedon, NY 14502** | | | **2/03 - 3/05**<br>**Clothing for Pro Shop** | | | | **11,000.00** |
| ACCOUNT NO. **xxxxxxxxxxxx1596**<br>**First National Bank of Omaha P.O. Box 3331 Omaha, NE 68103-0331** | | | **2/03 - 3/05**<br>**Equipment/Merchandise for Pro Shop** | | | | **3,300.00** |
| ACCOUNT NO. **xxxxx2440**<br>**Frontier Telephone of Rochester Attn: Ann M. Lembaris Bankruptcy Administrator 180 S. Clinton Avenue Rochester, NY 14646-0300** | | | **2004 - 2005**<br>**Yellow Page Advertising for Pro Shop** | | | | **7,445.89** |

Sheet no. <u>2</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) | **$21,745.89**

Total ➤
**(Use only on last page of the completed Schedule F.)**

**In re**  **William K. Walsh**                                                    ,   **Case No.**  _____
                                   **Debtor**                                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxx2400** <br><br>**Frontier Telephone of Rochestetr** <br>**Attn: Ann M. Lembaris** <br>**Bankruptcy Administrator** <br>**180 S. Clinton Avenue** <br>**Rochester, NY 14646-0300** | | | **2004 - 2005** <br><br>**Telephone Service at Pro Shop** | | | | **1,687.92** |
| ACCOUNT NO. **xx3715** <br><br>**Gannett Co., Inc.** <br>**d/b/a Gannett Rochester Newspapers** <br>**55 Exchange Blvd.** <br>**Rochester, NY 14614-2001** | | | **2004** <br><br>**Advertising for Golf Course** | | | | **8,736.68** |
| ACCOUNT NO. <br><br>**Genesee Truck Rental** <br>**1280 Jefferson Road** <br>**Rochester, NY 14623** | | | **2005** <br><br>**Rental Truck for Golf Shows** | | | | **3,207.91** |
| ACCOUNT NO. **xxx6263** <br><br>**Greg Norman** <br>**22582 Network Place** <br>**Chicago, ILL 60673-1225** | | | **2/03 - 2/05** <br><br>**Equipment/Merchandise for Pro Shop** | | | | **16,156.88** |
| ACCOUNT NO. **xxxxxxx6260** <br><br>**HSBC Bank (USA)** <br>**One HSBC Center** <br>**26th Floor** <br>**Buffalo, NY 14203** | | | **July 2003** <br><br>**SBA Loan used to support Lehigh Acres LLC for Golf Course** | | | | **30,000.00** |

Sheet no. 3 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    **$59,789.39**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re** <u>William K. Walsh</u>, **Case No.** _____
           **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **File #xxxxxx2128**<br><br>**Joseph P. Graziano**<br>**Attorney at Law**<br>**18757 Burbank Boulevard**<br>**Suite 300**<br>**Tarzanaa, CA 91356** | | | **Attorney for Recovery Sustems, Inc., collection agency for Genesee Trust Rental** | | | | **Reference Only** |
| ACCOUNT NO. **xxxxxxxxxxxx0117**<br><br>**JPMorganChase**<br>**Attn: Legal Department**<br>**100 Duffy Avenue, 3H2**<br>**Hicksville, NY 11801** | | | **Attorneys for Chase Bank USA, N.A.** | | | | **Reference Only** |
| ACCOUNT NO. **File #xxxxxxxx1001**<br><br>**Lacy Katzen LLP**<br>**Attorneys at Law**<br>**130 East Main Street**<br>**Rochester, NY 14604** | | | **Attorneys for Adams Golf, LTD** | | | | **Reference Only** |
| ACCOUNT NO. **File #xxxxxxxx1001**<br><br>**Lacy Katzen LLP**<br>**Attorneys at Law**<br>**130 East Main Street**<br>**Rochester, NY 14604** | | | **Attorneys for Ping, Inc.** | | | | **Reference Only** |
| ACCOUNT NO. **File 3xxxxxxxx0001**<br><br>**Lacy Katzen LLP**<br>**Attorneys at Law**<br>**130 East Main Street**<br>**Rochester, NY 14604** | | | **Attorneys for The Top Flite Golf Co.** | | | | **Reference Only** |

Sheet no. <u>4</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal ➤ (Total of this page)      **$0.00**

          **Total** ➤

**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **William K. Walsh**                                                            ,  Case No.  _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **x6891**<br><br>**MacGregor Golf Co.**<br>**P.O. Box 3929**<br>**1000 Pecan Grove Drive**<br>**Albany, GA 31706** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **5,372.31** |
| ACCOUNT NO.  **xxxxxxxxxxxx1735**<br><br>**MBNA**<br>**P.O. Box 15137**<br>**Wilmington, E 19886-5137** | | | **2/03 - 3/05**<br><br>**Merchandise/Equipment for Pro Shop** | | | | **28,000.00** |
| ACCOUNT NO.  **x1785**<br><br>**Mizuno USA, Inc.**<br>**4925 Avalon Ridge Parkway**<br>**Norcross, GA 30071** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **18,817.53** |
| ACCOUNT NO.  **xxx3822**<br><br>**Monotronics**<br>**8628 Innovation Way**<br>**Chicago, ILL 60682-0086** | | | **2005**<br><br>**Security System for Pro Shop** | | | | **88.00** |
| ACCOUNT NO.  **xx0253**<br><br>**National Collections Inc.**<br>**P.O. Box 551324**<br>**Dallas, TX 75355-1324** | | | **Collection Agency for Wilson Golf** | | | | **Reference Only** |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  **$52,277.84**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**    <u>William K. Walsh</u>                        ,    **Case No.**   <u>           </u>

                  **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xx3861**<br><br>**Nike Golf**<br>**P.O. Box 847648**<br>**Dallas, TX 75284-7648** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **12,545.95** |
| ACCOUNT NO. **x5420**<br><br>**Ping, Inc.**<br>**P.O. Box 52450**<br>**Phoenix, AZ 85071-2000** | | | **2/03 - 3/05**<br><br>**Equipment/Merchandise for Pro Shop** | | | | **3,807.35** |
| ACCOUNT NO. **xxxxx4780**<br><br>**QWEST**<br>**Attn: DB**<br>**9311 San Pedro Avenue**<br>**Suite 300**<br>**SanAntonio, TX 78216-4459** | | | **2005**<br><br>**Phone Service at Golf Show** | | | | **87.11** |
| ACCOUNT NO. **RMC Claim #xxxx4926**<br><br>**Receivable Management Corporation**<br>**P.O. Box 2471**<br>**Woburn, MA 01888** | | | **Collection Agency for Ping, Inc.** | | | | **Reference Only** |
| ACCOUNT NO.<br><br>**Receivable Management Corporation**<br>**P.O. Box 2471**<br>**Woburn, MA 01888** | | | **Collection Agency for Taylor Made.**<br>**Equipment/Merchandise for Pro Shop** | | | | **108,000.00** |

Sheet no. <u>6</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢     (Total of this page)

Total ➢

**(Use only on last page of the completed Schedule F.)**

| **$124,440.41** |
|---|
| |

Form B6F - Cont.
(12/03)

**In re**    **William K. Walsh**              ,    **Case No.** _____

              **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **RMC Claim #xxx9784** <br><br>**Receivable Management Corporation Attention:  Timothy Noonan 400 West Cummings Park Suite 4450 Woburn, MA 01801** | | | **Collection Agency for Adams Golf LTD** | | | | **Reference Only** |
| ACCOUNT NO.   **Claim #xxxxxxx0102** <br><br>**Receivable Management Services P.O. Box 20543 Lehigh Valley, PA 18002** | | | **12/18/04 - 4/30/05** <br><br>**Collection Agency for United Parcel Service.  Parcel Delivery Service** | | | | **Reference Only** |
| ACCOUNT NO. <br><br>**Relin, Goldstein & Crane LLP Attorneys at Law 28 East Main Street Suite 1800 Rochester, NY** | | | **Attorneys for Reebok/Greg Norman Division** | | | | **Reference Only** |
| ACCOUNT NO. <br><br>**Relin, Goldstein & Crane LLP Attorneys at Law 28 East Main Street Suite 1800 Rochester, NY 14614-1918** | | | **Attorneys for Wilson Golf/National Collections Inc.** | | | | **Reference Only** |
| ACCOUNT NO. <br><br>**Relin, Goldstein & Crane LLP Attorneys at Law 28 East Main Street Suite 1800 Rochester, NY 14614-1918** | | | **Attorneys for Gannett Co., Inc., d/b/a Gannett Rochestr Newspapers** | | | | **Reference Only** |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)

**Total** ➢
**(Use only on last page of the completed Schedule F.)**

**$0.00**

Form B6F - Cont.
(12/03)

**In re**   **William K. Walsh**                                                    ,   Case No. _____

                        **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**SBC** <br>**Bill Payment Center** <br>**Saginaw, MI 48663-0003** | | | **2005** <br><br>**Phone Service for Golf Shows** | | | | **193.14** |
| ACCOUNT NO.   **xxx2304** <br><br>**Sun Mountain** <br>**P.O. Box7727** <br>**Missoula, MT 59807** | | | **2/03 - 3/05** <br><br>**Equipment/Merchandise for Pro Shop** | | | | **87.75** |
| ACCOUNT NO.   **xx2240** <br><br>**Sunderland of Scotland, Inc.** <br>**20880 Plummer Street** <br>**Chatsworth, CA  91311** | | | **2/03 - 3/05** <br><br>**Equipment/Merchandise for Pro Shop** | | | | **5,283.67** |
| ACCOUNT NO.   **xx5559** <br><br>**The Top-Flite Golf Co.** <br>**Box 96811** <br>**File 96811** <br>**Chicago, ILL 60693** | | | **2/03 - 3/05** <br><br>**Equipment/Merchandise for Pro Shop** | | | | **5,143.78** |
| ACCOUNT NO.   **xx9852** <br><br>**U.S. Kids Golf** <br>**P.O. Box 934000** <br>**Atlanta, GA 31193-4000** | | | **2/03 - 3/05** <br><br>**Equipment/Merchandise for Pro Shop** | | | | **168.16** |

Sheet no.  8 of  9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)  **$10,876.50**

Total ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**   **William K. Walsh**                              ,   **Case No.** _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **xxR2V6**<br>**United Parcel Service**<br>**P.O. Box 650580**<br>**Dallas, TX 75265-0580** | | | **12/18/04 - 4/30/05**<br><br>**Parcel Delivery Services** | | | | **1,558.40** |
| ACCOUNT NO.   **xxxxxxxxx9194**<br>**West Asset Management**<br>**5300 Oakbrook Parkway**<br>**Building 300, Suite 300**<br>**Norcross, GA 30093** | | | **Collection Agency for SBC.**<br>**Equipment/Merchandise for Pro Shop** | | | | **Reference Only** |
| ACCOUNT NO.   **x0332**<br>**Wilson Golf**<br>**Box 21655**<br>**Network Place**<br>**Chicago, ILL 60673-1216** | | | **2/03 - 3/05**<br>**Equipment/Merchandise for Pro Shop** | | | | **4,940.66** |

Sheet no. _9_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    **$6,499.06**

Total ➤    **$336,553.30**
**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6G

(10/89)

**In re:**   **William K. Walsh**                                                                          ,   **Case No.**   _____

                                                    **Debtor**                                                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Monotronics<br>8628 Innovation Way<br>Chicago, ILL 60682-0086** | **Security System for Pro Shop** |

B6H
(6/90)

**In re:** <u>**William K. Walsh**</u>                    ,    **Case No.** _____

                    **Debtor**                                                            **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

**In re**  **William K. Walsh**                                                    , **Case No.**

                                Debtor                                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtorís Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP **Stepson** | AGE **17** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **In-home Day Care** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| **Income**: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 541.67 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 541.67 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 541.67 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtorís use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 541.67 |

TOTAL COMBINED MONTHLY INCOME                **$ 541.67**                (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                **NONE**

**In re**  **William K. Walsh**                                                                     ,   **Case No.** _____

      **Debtor**                                                                                                            **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
      schedule of expenditures labeled "Spouse".

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 750.00 |
| Are real estate taxes included?   Yes _____   No ✓_____ | | | |
| Is property insurance included?   Yes _____   No ✓_____ | | | |
| Utilities    Electricity and heating fuel | | $ | 200.00 |
|             Water and sewer | | $ | 30.00 |
|             Telephone | | $ | 140.00 |
|             Other | | $ | 0.00 |
| Home maintenance (repairs and upkeep) | | $ | 0.00 |
| Food | | $ | 600.00 |
| Clothing | | $ | 60.00 |
| Laundry and dry cleaning | | $ | 0.00 |
| Medical and dental expenses | | $ | 100.00 |
| Transportation (not including car payments) | | $ | 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
|             Homeowmerís or renterís | | $ | 20.00 |
|             Life | | $ | 200.00 |
|             Health | | $ | 585.00 |
|             Auto | | $ | 120.00 |
|             Other | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
|             Auto | | $ | 0.00 |
|             Other | | $ | 0.00 |
| Alimony, maintenance or support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other   **Gas for Auto** | | $ | 344.00 |
|             **Haircut/Personal Care** | | $ | 40.00 |
|             **Prescriptions** | | $ | 200.00 |
|             **Refuse Collection** | | $ | 30.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | **3,419.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each | $ | _____ |
|                                                    (interval) | | |

**Form B6**
**(6/90)**

# United States Bankruptcy Court
## Western District of New York

In re  **William K. Walsh**

Case No.

Chapter  **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 715,740.15 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $ 336.553.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 541.67 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,419.00 |
| Total Number of sheets in ALL Schedules ➤ | | 22 | | | |
| Total Assets ➤ | | | $ 715,740.15 | | |
| Total Liabilities ➤ | | | | $ 336,553.30 | |

In re: **William K. Walsh**_____ ,   Case No. _____
             **Debtor**                                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____

(Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **10/13/2005**_____              Signature:  **s/ William K. Walsh**_____
                                                                    **William K. Walsh**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C ßß 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

**William K. Walsh**

Case No.

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS
### [Incorporates Form 21, Statement of Social Security Number, for Electronically-filed petitions]

**PART I - DECLARATION OF PETITIONER**

I **William K. Walsh** and, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. ß 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number(s), (Official Form B21), prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐ If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter : **7**
I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) and, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☐ If petitioner is a corporation or partnership: I declare under a penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐ If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: **10/13/2005**

Signed: **s/ William K. Walsh**

(Applicant)

**PART II - DECLARATION OF ATTORNEY**

I ***declare under penalty of perjury*** that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s), (Official Form B21), before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Courtís electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: **10/13/2005**

**s/William J. MacDonald**
Attorney for Debtor(s)

Address of Attorney

**2526 Browncroft Boulevard**

**Rochester**

**New York**

**14625**

[Rev. December 2003]

**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**

In re:  **William K. Walsh**                                                    Case No. _____
        **5227**
                                                                                Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **60,008.00** | **Debtor's Employment** | **January - December, 2003** |
| **62,316.00** | **Debtor's Employment** | **January - December, 2004** |
| **12,000.00** | **Debtor's Employment** | **January - March 4, 2005 (YTD)** |

## 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **-1,415.00** | **Operation of Belfry International Pro Shop (Operated at Loss)** | **January - December, 2003** |
| **-255,801.00** | **Operation of Belfry International Pro Shop (Operated at Loss)** | **January - December, 2004** |
| **-75,000.00** | **Operation of Belfry International Pro Shop Operated at Loss for period January - March, 2005 when shop closed (75,000.00) estimated loss** | **January - March 4, 2005** |

## 3.  Payments to creditors

None
☐

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Amex**<br>**P.O. Box 297879**<br>**Ft. Lauderdale, FL 33329-7879** | **July - August 2005** | **1,500.00** | **15,000.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Sunderland of Scotland, Inc.**<br>**20880 Plummer Street**<br>**Chatsworth, CA 91311** | **July - August 2005** | **1,500.00** | **5,283.67** |

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mizuno USA, Inc., Plaintiff vs. William K. Walsh, individually and d/b/a The Belfrey International Pro Shop; Belfrey Golf Management Services, LLC; and Belfrey International Pro Shop, LLC, Defendants.; Wililam K. Walsh, individually, Third-Party Plaintiff, vs. Lehigh Acres, LLC, Estate of Robert T. Roth and James Coffelt, individually and as Executor of the Estate of Robert T. Roth, Third-Party Defendants.**<br>**7622-05** | **Action to Collect a Debt** | **Supreme Court, State of New York,**<br>**County of Monroe** | **Pending** |
| **Chase Bank USA, N.A., Plaintiff vs. William K. Walsh, Defendant**<br>**9171-05** | **Action to Collect a Debt** | **Supreme Court of the State of New York, County of Monroe** | **Pending** |
| **Gannett Co., Inc., d/b/a Gannett Rochester Newspapers, Plaintiff, vs. William Walsh d/b/a Belfry International Pro Shop, Defendant.** | **Action to Collect a Debt** | **Rochester City Court, State of New York, City of Rochester, County of Monroe** | **Pending** |
| **Acushnet Company, Plaintiff vs. William K. Walsh dba The Belfrey International Pro Shop, Defendant** | **Action to Collect a Debt** | **Trial Court of Massachusetts, District Court Department, Brockton Division** | **Pending** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **William J. MacDonald 2526 Browncroft Boulevard Rochester New York 14625** | **8/26/05 $1,000.00 9/23/05    709.00** | **$1,500.00 in payment of attorney's fees and $209.00 in payment of filing fees in connection with the filing of the within Petition.** |

## 10. Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None

☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None

☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None

☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|-----------------------------|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. ß 101.

None
☑

| NAME | ADDRESS |
|------|---------|

## 19. Books, records and financial statements

None
☑

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑

| NAME | ADDRESS |
|------|---------|

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None ☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None ☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None ☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **10/13/2005**         Signature   **s/ William K. Walsh**
                                        of Debtor   **William K. Walsh**

Official Form 8
( 12/03)

# UNITED STATES BANKRUPTCY COURT
## Western District of New York

In re: **William K. Walsh**                                          Case No. _____

**5227**                                                            Chapter      **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a.  *Property To Be Surrendered.*

   Description of Property                          Creditor's Name

   **None**

   b.  *Property To Be Retained.*                          *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. ß 722 | Debt will be reaffirmed pursuant to 11 U.S.C. ß 524(c) | Other |
|---|---|---|---|---|---|
| **None** | | | | | |

Date:     **10/13/2005**                          **s/ William K. Walsh**
                                                  Signature of Debtor

In re: **William K. Walsh**

Case No.

Chapter    **7**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. ß 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $ 1,500.00 |
| Prior to the filing of this statement I have received | $ 1,500.00 |
| Balance Due | $ 0.00 |

2. The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)    [Other provisions as needed]
           **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

           **None**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **10/13/2005**

                     **s/William J. MacDonald**
                     **William J. MacDonald, Bar No.   xxx-xx-6932**

                     **William J. MacDonald**
                     Attorney for Debtor(s)

---

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition.  The bankruptcy law is complicated and not easily described.  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court.  Court employees are prohibited from giving you legal advice.

### Chapter 7:  Liquidation  ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.      Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.      Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.      The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.      Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.      Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.      Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.      Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.      Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.      After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11:  Reorganization  ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer  ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| 10/13/2005 | s/ William K. Walsh | |
| --- | --- | --- |
| Date | Signature of Debtor | Case Number |